NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EXERGEN CORPORATION,**
*Plaintiff-Appellant*

**v.**

**SANOMEDICS INTERNATIONAL HOLDINGS, INC., THERMOMEDICS, INC.,**
*Defendants-Appellees*

---

2016-1099

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:13-cv-11243-DJC, Judge Denise J. Casper.

---

**JUDGMENT**

---

JOEL R. LEEMAN, Sunstein Kann Murphy & Timbers LLP, Boston, MA, argued for plaintiff-appellant. Also represented by ROBERT M. ASHER, BRANDON TAYLOR SCRUGGS, SHARONA STERNBERG, KERRY L. TIMBERS.

TIMOTHY DEVLIN, Devlin Law Firm, Wilmington, DE, argued for defendants-appellees.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  June 22, 2016  | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |